**Order filed April 17, 2012.**



**In The**

# Fourteenth Court of Appeals

———————

## NO. 14-11-01021-CV

———————

**BILLY LEON STRINGHAM, Appellant**

**V.**

**CHASE HOME MORTGAGE, Appellee**

**On Appeal from the Probate Court No. 1**
**Harris County, Texas**
**Trial Court Cause No. 378597-401**

## O R D E R

Appellant's brief was due March 5, 2012. No brief or motion for extension of time was filed. On March 14, 2012, the court notified appellant that the brief was past due. No response was filed.

Unless appellant files his brief with the Clerk of this court on or before **April 30, 2012**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

.